B6F (Official Form 6F) (12/07)

In re **Tyra V Kennedy**, Case No. **13-27282**
　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4401**<br><br>**Afni**<br>**PO Box 3517**<br>**Bloomington, IL 61702-3517** | - | | 2012<br>c/o Country Financial | | | | **34.00** |
| Account No. **xxxxxxxxx8490**<br><br>**Americollect, Inc.**<br>**1851 S. Alverno Rd.**<br>**Manitowoc, WI 54221** | - | | 2012<br>c/o People's Gas | | | | **3,311.79** |
| Account No. **xxxxxx3500**<br><br>**Arnold Scott Harris PC**<br>**c/o State of Illinois**<br>**222 Merchandise Mart Plaza, Ste 193**<br>**Chicago, IL 60654** | - | | 2013<br>c/o City of Chicago | | | | **434.62** |
| Account No. **xxxxxxxxxx8896**<br><br>**Asset Recovery Solutions**<br>**2200 E DEVON AVENUE, STE 200**<br>**Des Plaines, IL 60018** | - | | | | | | **7,064.00** |
| __8__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **10,844.41** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyra V Kennedy**, Case No. **13-27282**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1220** <br><br> **Bank of America NA** <br> **Attn: Unit/CA6-919-02-41** <br> **Po Box 5170** <br> **Simi Valley, CA 93062** | - | | **Opened 1/01/06 Last Active 12/21/12** <br> **Real Estate Mortgage** | | | | 0.00 |
| Account No. **xxxx1498** <br><br> **Berwyn Police Department** <br> **Collection Division** <br> **6401 W. 31st St.** <br> **Berwyn, IL 60402** | - | | | | | | 0.00 |
| Account No. **xxxxxx xx 6113** <br><br> **Charterone** <br> **1215 Superior Avenue** <br> **Cleveland, OH 44114** | - | | | | | | 0.00 |
| Account No. **xxxxxxxxxx3148** <br><br> **Chase Bank** <br> **270 Park Ave** <br> **New York, NY 10017** | - | | **Checking account collections** | | | | 0.00 |
| Account No. <br><br> **Chex Systems, Inc.** <br> **601 RIVERSIDE AVE** <br> **Jacksonville, FL 32204** | - | | | | | | 0.00 |

Sheet no. **1** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyra V Kennedy**, Case No. **13-27282**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xxxxxx & xxxxxx-xx5423** <br> **City of Chicago** <br> **Water Management** <br> **4900 W Sunnyside Ave** <br> **Chicago, IL 60630** | - | | Utility | | | | **3,995.00** |
| Account No. **xxxxxxxxxxxx0417** <br> **COMCAST** <br> **1701 JOHN F KENNEDY BLVD** <br> **Philadelphia, PA 19103** | - | | | | | | **1,417.00** |
| Account No. **xxxx xx xx0428** <br> **CORPORATION COUNSEL** <br> **30 N LASALLE 800** <br> **Chicago, IL 60602** | - | | City of Chicago | | | | **0.00** |
| Account No. **xxxxxxxx3803** <br> **Dependon Collection Se** <br> **Attn: Bankruptcy** <br> **Po Box 4833** <br> **Oak Brook, IL 60523** | - | | Opened 1/01/08 <br> c/o West Suburban Physician Servic | | | | **66.00** |
| Account No. **xxxx3758** <br> **DirectTV** <br> **2230 EAST IMPERIAL HWY** <br> **El Segundo, CA 90245** | - | | Utility | | | | **0.00** |

Sheet no. **2** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,478.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tyra V Kennedy**,    Case No.  **13-27282**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7343**<br><br>**Enhanced Recovery Corp**<br>**Attention: Client Services**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | - | | Opened 2/01/11<br>c/o AT&T | | | | 97.00 |
| Account No. **xxxxxxxxxxxx5881**<br><br>**FNCC/Legacy Visa**<br>**Attn: Bankruptcy**<br>**Po Box 5097**<br>**Sioux Falls, SD 57117** | - | | Opened 2/01/09  Last Active 6/14/11<br>Credit Card | | | | 377.00 |
| Account No. **xxxxxxxxxxxx1536**<br><br>**Fst Premier**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | - | | Opened 6/11/06  Last Active 8/26/07<br>Credit Card | | | | 439.00 |
| Account No. **xxxx-xxxx-xxxx-9752**<br><br>**Galaxy Asset Purchasing**<br>**101 CONVENTION CENTER DR.#475**<br>**Las Vegas, NV 89109** | - | | | | | | 1,250.00 |
| Account No. **xxxx8021**<br><br>**Illinois Collection Se**<br>**Po Box 1010**<br>**Tinley Park, IL 60477** | - | | Opened 4/01/11<br>c/o Resurrection Ambulatory Care | | | | 291.00 |

Sheet no. **3** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **2,454.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyra V Kennedy**, Case No. **13-27282**
　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8013** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | - | **Opened 4/01/11** <br> **c/o Resurrection Ambulatory Care** | | | | **291.00** |
| Account No. **xxxx8020** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | - | **Opened 4/01/11** <br> **c/o Resurrection Ambulatory Care** | | | | **122.00** |
| Account No. **xxxx8019** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | - | **Opened 4/01/11** <br> **c/o Resurrection Ambulatory Care** | | | | **122.00** |
| Account No. **xxxx8012** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | - | **Opened 4/01/11** <br> **c/o Resurrection Ambulatory Care** | | | | **121.00** |
| Account No. **xxxx8016** <br><br> **Illinois Collection Se** <br> **Po Box 1010** <br> **Tinley Park, IL 60477** | | - | **Opened 4/01/11** <br> **c/o Resurrection Ambulatory Care** | | | | **121.00** |

Sheet no. **4** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **777.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyra V Kennedy**, Case No. **13-27282**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx8023<br><br>Illinois Collection Se<br>Po Box 1010<br>Tinley Park, IL 60477 | - | | Opened 4/01/11<br>c/o Resurrection Ambulatory Care | | | | 107.00 |
| Account No. xxxx4614<br><br>Leading Edge Recovery Solutions, LLC<br>5440 N. Cumberland Ave., Ste. 300<br>Chicago, IL 60656-1490 | - | | 2013<br>c/o RBS Citizens NA | | | | 245.22 |
| Account No. xxxxx9232<br><br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 06140<br>Chicago, IL 60606-0140 | - | | 2013<br>c/o State of Illinois | | | | 5,026.02 |
| Account No. xxxx-xx-xx7818<br><br>Mary C Hicks<br>Greenberg Traurig LLP<br>77 W Upper Wacker Dr. #3100<br>Chicago, IL 60601 | - | | Judgment | | | | 20,000.00 |
| Account No. xxxxxx0504<br><br>Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | - | | Opened 5/01/11<br>c/o Trinity Orthopaedics S.C. | | | | 325.00 |

Sheet no. **5** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **25,703.24**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Tyra V Kennedy**, Case No. **13-27282**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0732** <br><br> **Mila Inc** <br> **3400 188th St Sw Ste 305** <br> **Lynnwood, WA 98037** | | - | **Opened 1/01/05 Last Active 2/24/05** <br> **Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxx0732** <br><br> **Mila Inc** <br> **3400 188th St Sw Ste 305** <br> **Lynnwood, WA 98037** | | - | **Opened 1/01/05 Last Active 3/02/05** <br> **Real Estate Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx6890** <br><br> **People's Gas** <br> **130 East Randolph St.** <br> **Chicago, IL 60601** | | - | **Utility** | | | | **460.00** |
| Account No. **xxxx-xxxx-xxxx-2934** <br><br> **Protocol** <br> **Cross Country Bank** <br> **509 Mercer** <br> **Panama City, FL 32401** | | - | | | | | **993.00** |
| Account No. **xxxxxxx1490** <br><br> **Quest Diagnostics** <br> **PO Box 809403** <br> **Chicago, IL 60680** | | - | | | | | **27.00** |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,480.00**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Tyra V Kennedy** ,  Case No. **13-27282**
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xx-x5120** <br><br>**Randall S. Miller & Associates, LLC** <br>**120 N. LaSalle St. Ste. 1140** <br>**Chicago, IL 60602** | - | | 2012 <br>**Notice only** | | | | 0.00 |
| Account No. **xxxx1933** <br><br>**Resurrection amb care** <br>**PO box 6670** <br>**River Forest, IL 60305** | - | | **Medical** | | | | 284.00 |
| Account No. **xx-xx193-3** <br><br>**Resurrection Ambulatory Serv** <br>**PO Box 6670** <br>**River Forest, IL 60305-6670** | - | | 2012 <br>**Medical** | | | | 185.00 |
| Account No. **xxxx-xx-xx4133** <br><br>**Richard Smith Jr.** <br>**Starr Bejgiert Zink Rowel** <br>**35 E. Wacker 1870** <br>**Chicago, IL 60601** | - | | 2013 <br>**c/o Richard Smith Jr.** | | | | 6,000.00 |
| Account No. **xxxxx1101** <br><br>**Rjm Acq Llc** <br>**575 Underhill Blvd Ste 2** <br>**Syosset, NY 11791** | - | | Opened 1/01/13 <br>**c/o Early Moments** | | | | 72.00 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **6,541.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyra V Kennedy**, Case No. **13-27282**
　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4906<br><br>United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 | | - | Opened 3/01/08<br>c/o West Side Emergency Phys Llp | | | | 97.00 |
| Account No. xxxx4909<br><br>United Collect Bur Inc<br>5620 Southwyck Blvd Ste<br>Toledo, OH 43614 | | - | Opened 3/01/08<br>c/o West Side Emergency Phys Llp | | | | 70.00 |
| Account No. xxxxxxxa683<br><br>Vanguard Medical Group<br>20 BURTON HILLS BLVD. #100<br>Nashville, TN 37215 | | - | Medical | | | | 98.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **265.00**

Total (Report on Summary of Schedules) **53,542.65**